UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHELLEY HAMILTON,

        Plaintiff,

vs.                      Case No. 3:14-cv-1367-J-34PDB

FLAGLER COUNTY HOUSING
AUTHORITY, and MICHAEL BOYD, in his
Official Capacity as Executive Director of
the Flagler County Housing Authority,

        Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Preliminary Injunction and Memorandum of Law In Support of Request (Doc. 3; Motion), filed on November 5, 2014. The Court has considered all of the written submissions of the parties, and has heard further argument of counsel at a hearing held on December 3, 2014, the record of which is incorporated herein by reference. For the reasons stated on the record, it is

**ORDERED**:

Plaintiff's Motion for Preliminary Injunction and Memorandum of Law In Support of Request (Doc. 3) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida on December 3, 2014.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

lc11

Copies to:

Counsel of Record
Pro Se Parties